

**Law Offices**

**Chicago**
**New York**

April 5, 2019

<u>**Via ECF**</u>
Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   ***Re: Amribet v. MTC Limousine & Corporate Coach, Inc.; No.***
***7:17-cv-07521-KMK-PED***

Dear Your Honor:

   I represent Plaintiff Mohamed Amribet in connection with the
above-referenced action. At the Court's request, the Parties jointly submit the
attached executed version of the Proposed Settlement Agreement for endorsement.

   In addition, the Parties would like to alert the Court to the correction of a
drafting error immaterial to the Court's approval of the proposed settlement. The
Parties have changed Section 3(A) of the Proposed Agreement so that text therein is
consistent with the agreed numerical distribution noted in the same section, and
reported to the Court in the Parties' January 23, 2019 Letter (Dkt. 29).

        Respectfully Submitted,


        s/ *James P. Batson*

        James P. Batson
        *Attorney for Plaintiff*


**James P. Batson**
Partner

CHRIS LANGONE IS LICENSED TO PRACTICE IN IL AND NJ
JAMES BATSON IS LICENSED TO PRACTICE IN NY
MARK LAVERY IS LICENSED TO PRACTICE IN IL

520 White Plains Rd.
Suite 500
Tarrytown, NY 10591

312 344 1945
jbatson@langonebatson.com